2015-1400 (La. 9/16/16)

**STATE of Louisiana**

v.

**Claude B. ROBINSON**

**NO. 2015-K-1400**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Caddo, 1st Judicial District Court Div. E, No. 272,231; to the

Court of Appeal, Second Circuit, No. 49,-821-KA

Denied.